IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JARED D. LITTRELL, | |
| Petitioner, | |
| v. | 2:21-CV-244-Z-BR |
| DIRECTOR, TDCJ-CID, | |
| Respondent. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the petition for writ of habeas corpus filed by Petitioner. ECF No. 14. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge (ECF 14) are **ADOPTED**, and the case is **DISMISSED**.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, and 28 U.S.C. § 2253(c), the Court denies a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011). The Court **ADOPTS** and incorporates by reference the Magistrate Judge's findings, conclusions, and

recommendation filed in this case in support of its finding that Petitioner has failed to show that reasonable jurists would: (1) find this Court's "assessment of the constitutional claims debatable or wrong," or (2) "debat[e] whether the petition states a valid claim of the denial of a constitutional right" and "whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

**IT IS SO ORDERED**.

August 18, 2023.

---
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE